IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00841-WYD-KMT

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC.,

    Plaintiff,

v.

AMERICAN STERLING BANK,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Stipulated Protective Order" (#22, filed July 15, 2008) is GRANTED. The Protective Order will be entered.

Dated: July 28, 2008