IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00841-WYD-KMT

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC.,

    Plaintiff,

v.

AMERICAN STERLING BANK,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Unopposed Motion for Leave to Amend Answer and Add Counterclaim" (# 39, filed September 8, 2008) is GRANTED. The Clerk of Court is directed to file the First Amended Answer and Counterclaim, attached as Exhibit A (39-2).

Dated: September 10, 2008