IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00841-WYD-KMT

AURORA LOAN SERVICES, LLC, f/k/a AURORA LOAN SERVICES, INC.,

    Plaintiff,

v.

AMERICAN STERLING BANK,

    Defendant.

v.

LEHMAN BROTHERS HOLDINGS, INC., LEHMAN BROTHERS BANK FSB AND JOHN DOES 1-10,

    Counterclaim Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court on the Joint Motion for Partial Dismissal Without Prejudice (filed October 31, 2008). The Court, having considered the Motion and having determined that the relief requested therein should be granted, hereby

ORDERS that the Joint Motion for Partial Dismissal (Doc. # 52) is **GRANTED**. In accordance therewith, it is

ORDERED that Plaintiffs' claims relating to the four loans listed by loan number on Ex. A to the Amended Complaint (Doc. No. 41) as ****7013, ****0351, ****9324 and ****8310 are hereby **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that Defendant's Counterclaim, as alleged in Doc. No. 44, as to Counterclaim Defendant Lehman Brothers Bank, FSB, is hereby **DISMISSED WITHOUT PREJUDICE**.  Counterclaim Defendant Lehman Brothers Bank, FSB shall hereafter be taken off the caption.  It is

FURTHER ORDERED that given the dismissal of Lehman Brothers Bank, FSB, Counterclaim Defendant's Motion to Dismiss American Sterling Bank's Counterclaim (Doc. # 50 filed October 20, 2008 by Lehman Brother Bank, FSB) is **DENIED AS MOOT**.  Finally, it is

ORDERED that all other claims remain pending as set forth in the Motion.

Dated:  November 4, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge